BEFORE THE THIRD DIVISION, DECEMBER 23, 1963

No. 68193.—Davies Turner & Co. v. United States, protest 61/16787 (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the applicable customs regulations have now been complied with as to the 12,274 bobbins included in the 26 cases, the claim of the plaintiff was sustained. Abstract 57104 followed.

No. 68194.—Alexander's Dept. Stores, Inc. v. United States, protest 62/13773 (New York).

Opinion by RICHARDSON, J. It was stipulated that the principles herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 CCPA 112, C.A.D. 351) and that the case reported by the inspector as manifested, not found, was not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon the case of merchandise, which was reported by the inspector as manifested, not found. The protest was sustained to this extent.

BEFORE THE SECOND DIVISION, DECEMBER 26, 1963

No. 68195.—American Shipping Co., Inc., et al. v. United States, protests 58/22549, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of copper engravers' plates, not ground, the claim of the plaintiffs was sustained.